# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**UNITED STATES EQUAL**
**EMPLOYMENT OPPORTUNITY**
**COMMISSION,**

      **Plaintiff,**

  v.

**LORI'S GIFTS, INC.,**

      **Defendant.**

Case No. 2:23-cv-3175
Judge Edmund A. Sargus, Jr.
Magistrate Judge Chelsey M. Vascura

## ORDER

The Court **GRANTS** Plaintiff United States Equal Employment Opportunity Commission's Unopposed Motion to Stay. (ECF No. 45.) **IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

    **IT IS SO ORDERED.**

**10/3/2025**　　　　　　　　　　　　　　　**s/Edmund A. Sargus, Jr.**
**DATE**　　　　　　　　　　　　　　　　　**EDMUND A. SARGUS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**